**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:06CR0124 CEJ/AGF** |
| | ) | |
| **ALEJANDRO GARDUNO-GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DETENTION ORDER

This matter is before the Court for a detention hearing. A hearing was scheduled on March 2, 2006, in which Defendant appeared and was represented by Assistant Federal Public Defender Thomas F. Flynn. The Government was represented by Assistant United States Attorney Matthew T. Schelp.

Defendant waived his right to a detention hearing. Based upon the information contained in the Pretrial Services Report dated March 1, 2006, Defendant will be detained.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant Alejandro Garduno-Gonzelez be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

**IT IS FURTHER ORDERED** that on an order of court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of March, 2006.